UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In Re:   TINA R WARD

Case No:  4:14-bk-11654 T
Chapter 13

## SUMMARY NOTICE OF CLAIMS FILED

   Pursuant to an examination of the proofs of claims filed in this case, Mark T. McCarty, Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for claims filed on or before the date of this notice.  This Notice is provided to the Debtor and the Debtor's attorney and is filed with the U.S. Bankruptcy Court.

   In this Notice, the classification of each claim (e.g. priority, secured or unsecured) is listed.  "Claim Not filed" denotes a debt disclosed in the Debtor's bankruptcy schedules for which no proof of claim has been filed.  Non priority claims filed that are not listed in the Debtor's bankruptcy schedules are described as "unlisted."  If a creditor files a priority claim, it is listed as priority whether or not scheduled.

   Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed, is deemed allowed unless the Debtor or a party-in-interest objects to the claim and obtains an order modifying or disallowing the claim as filed.  If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

   This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation: (1) the accuracy of the claim; (2) the underlying obligation; or (3) the treatment of the filed claim in the plan.  Filing of this Notice is not a waiver of the Trustee's rights to seek allowance, disallowance or determination of status of any claim pursuant to the Bankruptcy Code or the Federal Rules of Bankruptcy Procedures.

Dated:  10/15/2014

/s/   Mark T. McCarty
CHAPTER 13 TRUSTEE

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| ALLIED INTERSTATE LLC<br>P.O. BOX 4000<br>WARRENTON, VA  20188 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment   : | |
| AMERICAN EXPRESS CENTURION BANK<br>BECKET AND LEE, LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $82.94 | Unsecured (H)<br>Account No:  1004<br>Comment   : | Pro-Rata |
| APPLE LAW GROUP<br>5000 BIRCH STREET, SUITE 3000<br>NEWPORT BEACH, CA  92660 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment   : | |
| ARKANSAS SPECIALTY ORTHOPEDIC<br>C/O ALLIANCE COLLECTION SERVIC<br>600 W. MAIN ST.<br>TUPELO, MS  38802 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment   : | |
| BANK OF AMERICA<br>P O BOX 15026<br>WILMINGTON, DE  19850-5026 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment   : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| BILL ME LATER<br>P.O. BOX 2394<br>OMAHA, NE  68103-2394 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |
| Capital One<br>P.O. Box 30281<br>Salt Lake City, UT  84130-0281 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |
| CAVALRY SPV I, LLC<br>P O BOX 27288<br>TEMPE, AZ  85282 | $1,460.57 | Unsecured (H)<br>Account No:  7000<br>Comment  :  ARKANSAS FURNITURE/GEMB | Pro-Rata |
| CERASTES, LLC<br>C/O WEINSTEIN, PINSON, & RILEY, PS<br>P O BOX 3978<br>SEATTLE, WA  98124 | $597.42 | Unsecured (H)<br>Account No:  5502<br>Comment  :  BARCLAYS/TRAVELOCITY | Pro-Rata |
| Chase<br>P.O. Box 15298<br>Wilmington, DE  19850-5298 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |
| Chase Bank<br>P.O. Box 15298<br>Wilmington, DE  19850 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |
| Danyelle J. Walker<br>323 Center Street Ste 1315<br>LITTLE ROCK, AR  72201 | $3,000.00 | Attorney Fee - Initial<br>Account No:<br>Comment  : | 100.00 |
| DELL FINANCIAL SERVICES<br>C/O RESURGENT CAPITAL SERVICES<br>P O BOX 10390<br>GREENVILLE, SC  29603-0390 | $2,463.55 | Unsecured (H)<br>Account No:  6506<br>Comment  : | Pro-Rata |
| Medical College Phys Group<br>P.O. Box 251508<br>Little Rock, AR  72225-1508 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |
| NISSAN MOTOR ACCEPTANCE CORP<br>P O BOX 660366<br>DALLAS, TX  75266-0366 | $16,566.69 | Secured Non 506 - Vehicle<br>Account No:  0765<br>Comment  :  12 NISSAN SENTRA<br>Monthly Payment:   $311.00 | 100.00 |
| PHILIPS REMOTE CARDIAC SERVICE<br>C/O NATIONAL RECOVERY AGENCY<br>2491 PAXTON ST.<br>HARRISBURG, PA  17111 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment  : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| PINNACLE PERIODONTICS<br>SCR SERVICES<br>P O BOX 1001<br>ALEXANDER, AR 72002 | $93.60 | Unsecured (H)<br>Account No: X5156<br>Comment : DOS 1/31/13 | Pro-Rata |
| PRA RECEIVABLES MANAGEMENT<br>P O BOX 12914<br>NORFOLK, VA 23541 | $2,705.91 | Unsecured (H)<br>Account No: 0398<br>Comment : JCP/GEMB | Pro-Rata |
| QUANTUM3 GROUP, LLC<br>MOMA FUNDING, LLC<br>P O BOX 788<br>KIRKLAND, WA 98083 | $1,277.52 | Unsecured (H)<br>Account No: 7603<br>Comment : WALMART/GEMB | Pro-Rata |
| Radiology Associates<br>c/o Collection Services, Inc<br>Prospect Bldg. Ste. 950<br>1501 N. University<br>Little Rock, AR 72207 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| Radiology Associates<br>c/o Collection Services, Inc<br>Prospect Bldg. Ste. 950<br>1501 N. University<br>Little Rock, AR 72207 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| SALLIE MAE/SLGFA<br>10 TURTLE CREEK LANE<br>LITTLE ROCK, AR 72202 | $22,657.80 | Unsecured (H)<br>Account No: 8102<br>Comment : | Pro-Rata |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX 75356-0284 | $26,695.80 | Secured Non 506 - Vehicle<br>Account No: 9281<br>Comment : 14 CHEVY CAMERO<br>Monthly Payment: $494.00 | 100.00 |
| SOUTHERN FARM BUREAU<br>P.O. BOX 1800<br>RIDGELAND, MS 39158 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| SOUTHWESTERN BELL TELEPHONE CC<br>AT&T SERVICES, INC<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ 07921 | $150.98 | Unsecured - Unlisted (U)<br>Account No: 2597<br>Comment : | Pro-Rata |
| T-MOBILE<br>C/O MIDLAND FUNDING<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO, CA 92123 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| UAMS<br>c/o CBSA Collections<br>P.O. Box 1929<br>Stillwater, OK 74076 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| UAMS-MEDICAL COLLEGE PHYS GRP<br>C/O NCO FINANCIAL SYSTEMS<br>2135 E. PRIMROSE SUITE Q<br>SPRINGFIELD, MO 65804 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |
| UNITED STATES TREASURY<br>Centralized Insolvency Operation<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $2,191.91 | Priority Debt (C)<br>Account No: 8102<br>Comment : 11 INC TAX | 100.00 |
| UNITED STATES TREASURY<br>Centralized Insolvency Operation<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $22.18 | Unsecured (H)<br>Account No: 8102<br>Comment : PENALTY | Pro-Rata |
| UNIVERSITY HOSPITAL<br>P O BOX 504962<br>ST. LOUIS, MO 63150-4962 | $476.61 | Unsecured (H)<br>Account No: 8102<br>Comment : DOS 10/11/12-7/4/13 | Pro-Rata |
| US DEPARTMENT OF EDUCATION<br>P O BOX 740283<br>ATLANTA, GA 30374-0283 | $9,901.89 | Unsecured (H)<br>Account No: 8102<br>Comment : | Pro-Rata |
| Wells Fargo Financial<br>P.O. Box 94498<br>Las Vegas, NV 89193-4498 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:<br>Comment : | |

CC:     TINA R WARD
        PO Box 265
        Sweet Home, AR 72164

        Danyelle J. Walker (Noticed by ECF)
        323 Center Street Ste 1315
        LITTLE ROCK, AR 72201