GO11-11(a)/ BS    /121

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:  Tina R Ward                                             CASE NO:    4:14-bk-11654 T
                                                                                   Chapter 13

## CHAPTER 13 ORDER REQUIRING STRICT COMPLIANCE

Before the court is the Motion to Dismiss filed by the Trustee on 06/13/2017 as a result of the debtor's failure to make payments as required by the plan. The motion was set for hearing on 06/27/2017. Prior to the hearing, the motion was settled, and a hearing was not necessary. The court finds that the Debtor is in default under the terms of the plan. The Trustee has agreed to withdraw the Motion to Dismiss conditioned upon the debtor complying with the following:

1. The debtor shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period: July 2017 through December 2017.

IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the debtor complying with the above provisions. Failure of the debtor to comply with this order may result in the Trustee's Motion to Dismiss being granted and the case being dismissed without further notice or hearing.

Date: 06/26/2017                                    /s/   Richard D. Taylor
                                                                   Richard D. Taylor
                                                                   U.S. Bankruptcy Judge

cc:  Mark T. McCarty, Trustee

   Danyelle J. Walker     (Noticed by ECF)
   323 Center Street Ste 1020
   Little Rock, AR  72201

   Tina R Ward
   Po Box 265
   Sweet Home, AR  72164