GO11 - 3(c)/ / BS /60

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Tina R Ward      CASE NO: 4:14-bk-11654 T
Chapter 13

CHAPTER 13 ORDER WITHDRAWING
TRUSTEE'S MOTION TO DISMISS UPON CONDITIONS

Before the court is the Motion to Dismiss, Docket Entry [22], filed by the Trustee on 05/17/2017. The motion was set for hearing on 6/27/2017. Prior to the hearing, the motion was settled, and a hearing was not necessary. The court finds that the Trustee has agreed to withdraw the motion conditioned upon:

The Debtor shall file a modification to the plan on or before July 18, 2017.

IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the debtor complying with the above provision(s). If the debtor fails to comply with the provision(s), the Trustee's Motion to Dismiss shall be granted and the case dismissed without further notice or hearing.

Date: 06/27/2017      /s/ Richard D. Taylor

Richard D. Taylor
U.S. Bankruptcy Judge

cc: Mark T. McCarty, Trustee

Danyelle J. Walker (Noticed by ECF)
323 Center Street Ste 1020
Little Rock, AR 72201

Tina R Ward
Po Box 265
Sweet Home, AR 72164