# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:  TINA R. WARD                                    CASE NO.  4:14-bk-11654 T
                                                        CHAPTER 13

## MODIFICATION OF CHAPTER 13 PLAN

Comes now the Debtor(s) and for her modification to the original or modified Chapter 13 plan states:

1. **PAYMENT TO THE TRUSTEE**:

    The DEBTOR PROPOSES TO PAY $1,298.00 PER MONTH TO THE TRUSTEE.

    **NEW BASE OF $58,810.00**

    Indicate how often the Debtor is paid by checking the

    ( ) weekly;    ( ) bi-weekly;    ( ) semi-mo;    ( ) monthly or
    ( ) other (if other, please specify):

2. **THE PLAN LENGTH** shall remain the same unless otherwise indicated below:

    ( ) Increase plan length to _____ months.
    ( ) Decrease plan length to _____ months.

    The Debtor proposes to pay all disposable income into the plan for the benefit of unsecured creditors for not less than the applicable commitment period (unless unsecured creditors are being paid in full (100%)).  The plan length shall not exceed 60 months.

3. **UNSECURED CREDITORS** ARE TO BE PAID PRORATA.

4. ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAINS THE SAME.


7/19/17                                                 /S/ Danyelle J. Walker
DATE                                                    Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**

IN RE:  TINA R. WARD                                         CASE NO. 4:14-bk-11654 T
                                                                          CHAPTER 13

**NOTICE OF OPPORTUNITY TO OBJECT TO**
**MODIFIED PLAN AFTER CONFIRMATION**

You are hereby notified that the Debtor has filed the attached modification to the plan pursuant to the 11 U.S.C. sections 1323, 1329 and Rule 3019 of the Rules of Bankruptcy Procedure. Objections to Confirmation of the Plan as Modified must be filed in writing within 28 days from the date of this notice, with the Bankruptcy Court at 300 West Second, Little Rock, AR 72201, with copies to the Attorney for Debtor and Mark T. McCarty, Trustee, P.O. Box 5006, Little Rock, AR 72119.

If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

/S/ Danyelle J. Walker
Danyelle J. Walker
Attorney at Law
323 Center Street, Suite 1020
Little Rock, AR 72201
(501) 374-1448

7/19/17
DATED

**CERTIFICATE OF MAILING**

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

Mark T. McCarty, Trustee
P.O. Box 5006
North Little Rock, AR 72119

And to all creditors whose names and addresses are set forth below:

**Santander Consumer USA**
P.O. Box 560284
Dallas, TX 75356-0284

**Allied Interstate LLC**
P.O. Box 4000
Warrenton, VA 20188

**Allied Interstate, Inc.**
Data Operations
P.O. Box 2455
Chandler, AZ 85244-2455

**American Express**
P.O. Box 981537
El Paso, TX 79998-1537

**American Express Centurion Bank**
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**Apple Law Group**
5000 Birch Street, Suite 3000
Newport Beach, CA 92660

**Arkansas Furniture**
c/o Encore Receivable Mgmt.
P.O. Box 3330
Olathe, KS 66063-3330

**Arkansas Furniture**
P.O. Box 965036
Orlando, FL 32896-5036

**Arkansas Specialty Orthopedic**
P.O. Box 56426
Little Rock, AR 72215

**Arkansas Specialty Orthopedic**
c/o Alliance Collection Servic
600 W. Main St.
Tupelo, MS 38802

**Bank of America**
P.O. Box 15026
Wilmington, DE 19850-5026

**Barclays Bank Delaware**
P.O. Box 8803
Wilmington, DE 19889

**Bill Me Later**
P.O. Box 2394
Omaha, NE 68103-2394

**Capital One**
P.O. Box 30281
Salt Lake City, UT 84130-0281

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**CERASTES, LLC**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121

**Chase**
P.O. Box 15298
Wilmington, DE 19850-5298

**Chase Bank**
P.O. Box 15298
Wilmington, DE 19850

**Chase Cardmember**
P.O. Box 15123
Wilmington, DE 19850-5123

**Dell Financial Services**
c/o DFS Customer Care Dept.
P.O. Box 81607
Austin, TX 78708

**Dell Financial Services, LLC**
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

**Dept of Ed/Nelnet**
3015 Parker Rd
Suite 400
Aurora, CO 80014

**ECMC**
P.O. Box 16408
St. Paul, MN 55116-0408

**GE Capital Retail Bank/JCPenny**
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

**GE Capital Retail Bank/WalMart**
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

**GECRB/WalMart**
P.O. Box 965024
Orlando, FL 32896-5024

**Law Group Termination Dept.**
5000 Birch Street, Ste. 3000
Newport Beach, CA 92660

**Medical College Phys Group**
P.O. Box 251508
Little Rock, AR 72225-1508

**Nissan Motor Acceptance**
Bankruptcy Dept.
P.O. Box 660366
Dallas, TX 75266

**Nissan Motor Acceptance Corporation**
PO Box 660366 Dallas TX 75266-0366

**Philips Remote Cardiac Service**
c/o National Recovery Agency
2491 Paxton St.
Harrisburg, PA 17111

**Pinnacle Periodontics**
SCR Services
PO Box 1001
Alexander, AR 72002

**Portfolio Recovery Associates, LLC**
POB 12914
Norfolk VA 23541

**Professional Bureau of Collect**
P.O. Box 628
Elk Grove, CA 95759-0628

**Quantum3 Group LLC as agent for**
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

**Radiology Associates**
c/o Collection Services, Inc
Prospect Bldg. Ste. 950
1501 N. University
Little Rock, AR 72207

**Sallie Mae, Inc. on behalf of SLGFA**
10 Turtle Creek Lane
Little Rock, AR 72202

**SalliMae Servicing**
P.O. Box 9500
Wilkes Barre, PA 18773-9500

**Santander Consumer**
Attn: Bankruptcy Dept.
P.O. Box 660633
Dallas, TX 75266

**Santander Consumer USA**
P.O. Box 560284
Dallas, TX 75356-0284

**Southern Farm Bureau**
P.O. Box 1800
Ridgeland, MS 39158

**Southwestern Bell Telephone Company**
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

**T-Mobile**

| | | |
|---|---|---|
| c/o Midland Funding<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | **United States Treasury**<br>P.O. Box 7317<br>Philadelphia, PA 19101 | **Wells Fargo Financial**<br>P.O. Box 94498<br>Las Vegas, NV 89193-4498 |
| **UAMS**<br>c/o CBSA Collections<br>P.O. Box 1929<br>Stillwater, OK 74076 | **University Hospital Slot 614**<br>Collections Department<br>4301 W. Markham St.<br>Little Rock, AR 72205 | **Tina R. Ward**<br>P.O. Box 265<br>Sweet Home, AR 72164 |
| **UAMS-Medical College Phys Grp**<br>c/o NCO Financial Systems<br>2135 E. Primrose Suite Q<br>Springfield, MO 65804 | **US Department of Education**<br>C/O Nelnet<br>3015 South Parker Road<br>Suite 400<br>Aurora CO 80014-2904 | |

And to all attorneys who have filed any pleading herein, whose names and addresses are set forth below:

All done on this ___19th___ day of ___July_____, 2017.

                                                                  /S/ <u>Danyelle J. Walker</u>____
                                                                  Danyelle J. Walker.