IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Tina R Ward                                    CASE NO:   4:14-bk-11654 T
                                                         Chapter 13

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 06/26/2017, Docket Entry [28], requiring the Debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 06/26/2017.

IT IS SO ORDERED.

Date:  08/07/2017                                   /s/   Richard D. Taylor
                                                     Richard D. Taylor
                                                     U.S. Bankruptcy Judge

cc:   Mark T. McCarty, Trustee

   Danyelle J. Walker
   323 Center Street Ste 1020
   Little Rock, AR  72201

   Tina R Ward
   Po Box 265
   Sweet Home, AR  72164

   All Creditors