```
                        United States Bankruptcy Court
                        Eastern District of Arkansas
In re:                                                          Case No. 14-11654-rdt
Tina R. Ward                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0860-4          User: tanya                Page 1 of 2         Date Rcvd: Aug 08, 2017
                              Form ID: pdf06As           Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
```
db              +Tina R. Ward,    P.O. Box 265,    Sweet Home, AR 72164-0265
5357121          Allied Interstate, Inc.,    Data Operations,    P.O. Box 2455,    Chandler, AZ 85244-2455
5357122          American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
5420474          American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
5357123         +Apple Law Group,    5000 Birch Street, Suite 3000,    Newport Beach, CA 92660-2140
5357124          Arkansas Furniture,    c/o Encore Receivable Mgmt.,    P.O. Box 3330,    Olathe, KS 66063-3330
5357125          Arkansas Furniture,    P.O. Box 965036,    Orlando, FL 32896-5036
5357126         +Arkansas Specialty Orthopedic,    c/o Alliance Collection Servic,    600 W. Main St.,
                 Tupelo, MS 38804-3733
5357127         +Arkansas Specialty Orthopedic,    P.O. Box 56426,    Little Rock, AR 72215-6426
5357129         +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
5357130          Bill Me Later,    P.O. Box 2394,    Omaha, NE 68103-2394
5403828         +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 Western Avenue, Ste 400,
                 Seattle, WA 98121-3132
5357131          Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
5357132          Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
5357133         +Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
5357134          Chase Cardmember,    P.O. Box 15123,    Wilmington, DE 19850-5123
5401016        ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
5357135         +Dell Financial Services,    c/o DFS Customer Care Dept.,    P.O. Box 81607,
                 Austin, TX 78708-1607
5482056          ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
5357140         +Law Group Termination Dept.,    5000 Birch Street, Ste. 3000,    Newport Beach, CA 92660-2140
5357141          Medical College Phys Group,    P.O. Box 251508,    Little Rock, AR 72225-1508
5357142         +Nissan Motor Acceptance,    Bankruptcy Dept.,    P.O. Box 660366,    Dallas, TX 75266-0366
5358286          Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
5357144         +Pinnacle Periodontics,    SCR Services,    PO Box 1001,    Alexander, AR 72002-1001
5357146         +Radiology Associates,    c/o Collection Services, Inc,    Prospect Bldg. Ste. 950,
                 1501 N. University,    Little Rock, AR 72207-5270
5376886         +Sallie Mae, Inc. on behalf of SLGFA,    10 Turtle Creek Lane,    Little Rock, AR 72202-1884
5357148         +Santander Consumer,    Attn: Bankruptcy Dept.,    P.O. Box 660633,    Dallas, TX 75266-0633
5368798          Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
5357149         +Southern Farm Bureau,    P.O. Box 1800,    Ridgeland, MS 39158-1800
5357151         +UAMS,    c/o CBSA Collections,    P.O. Box 1929,    Stillwater, OK 74076-1929
5357152         +University Hospital Slot 614,    Collections Department,    4301 W. Markham St.,
                 Little Rock, AR 72205-7101
5357155          Wells Fargo Financial,    P.O. Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5382896         +E-mail/Text: bankruptcy@cavps.com Aug 08 2017 23:29:51     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
5357136         +E-mail/Text: electronicbkydocs@nelnet.net Aug 08 2017 23:29:38     Dept of Ed/Nelnet,
                 3015 Parker Rd,    Suite 400,    Aurora, CO 80014-2904
5357137         +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2017 23:31:28     GE Capital Retail Bank/JCPenny,
                 Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
5357138         +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2017 23:31:28     GE Capital Retail Bank/WalMart,
                 Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
5357139          E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2017 23:31:19     GECRB/WalMart,    P.O. Box 965024,
                 Orlando, FL 32896-5024
5412349          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2017 23:38:39
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5357143         +E-mail/Text: Bankruptcies@nragroup.com Aug 08 2017 23:30:24     Philips Remote Cardiac Service,
                 c/o National Recovery Agency,    2491 Paxton St.,    Harrisburg, PA 17111-1036
5385740          E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2017 23:29:30
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
5357147          E-mail/PDF: pa_dc_claims@navient.com Aug 08 2017 23:31:32     SalliMae Servicing,
                 P.O. Box 9500,    Wilkes Barre, PA 18773-9500
5359963         +E-mail/Text: g17768@att.com Aug 08 2017 23:29:14     Southwestern Bell Telephone Company,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
5357150         +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2017 23:29:35     T-Mobile,    c/o Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
5357153         +E-mail/Text: bankruptcydepartment@tsico.com Aug 08 2017 23:30:09
                 UAMS-Medical College Phys Grp,    c/o NCO Financial Systems,    2135 E. Primrose Suite Q,
                 Springfield, MO 65804-4589
5369258          E-mail/Text: electronicbkydocs@nelnet.net Aug 08 2017 23:29:38     US Department of Education,
                 C/O Nelnet,    3015 South Parker Road Suite 400,    Aurora CO 80014-2904
5357154         +E-mail/Text: cio.bncmail@irs.gov Aug 08 2017 23:29:20     United States Treasury,
                 P.O. Box 7317,    Philadelphia, PA 19101-7317
                                                                                              TOTAL: 14
```

```
District/off: 0860-4          User: tanya                Page 2 of 2                   Date Rcvd: Aug 08, 2017
                              Form ID: pdf06As           Total Noticed: 46


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5399373*         Santander Consumer USA,   P.O. Box 560284,   Dallas, TX 75356-0284
5357120        ##+Allied Interstate LLC,   P.O. Box 4000,   Warrenton, VA 20188-4000
5357128        ##Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
5357145        ##Professional Bureau of Collect,   P.O. Box 628,   Elk Grove, CA 95759-0628
                                                                                    TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
              Danyelle J. Walker    on behalf of Debtor Tina R. Ward danyellewalker@yahoo.com,
               danyellewalkerbankruptcy@gmail.com
              Mark T. McCarty    ecfmail@ch13ark.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov;eliane.m.archambeault@usdoj.gov
                                                                                              TOTAL: 3
```

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Tina R Ward

CASE NO: 4:14-bk-11654 T

Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 06/26/2017, Docket Entry [28], requiring the Debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 06/26/2017.

IT IS SO ORDERED.

Date: 08/07/2017

/s/ Richard D. Taylor

Richard D. Taylor
U.S. Bankruptcy Judge

cc: Mark T. McCarty, Trustee

Danyelle J. Walker
323 Center Street Ste 1020
Little Rock, AR 72201

Tina R Ward
Po Box 265
Sweet Home, AR 72164

All Creditors