GO11-39/ KF    / 203

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Tina R Ward							CASE NO:	4:14-bk-11654 T
										Chapter 13

ORDER AUTHORIZING TRUSTEE
DISBURSEMENT TO DEBTOR
OF FUNDS RECEIVED AFTER DISMISSAL

Before the Court is the proposal of the Trustee to disburse funds to the Debtor. Upon consideration, the Court makes the following findings:

1. The Debtor filed a chapter 13 case on March 24, 2014 and proposed a plan of reorganization. The case was dismissed after confirmation on 08/07/2017.

2. After dismissal, funds have been received in the amount of $99.00 as a result of a Debtor or employer overpayment.

3. The Trustee is authorized to disburse these funds to the Debtor.

IT IS SO ORDERED.

Date: 09/07/2017				/s/   Richard D. Taylor
						Richard D. Taylor
						U.S. Bankruptcy Judge

cc:	Mark T. McCarty, Standing Chapter 13 Trustee

	Danyelle J. Walker   (Noticed by ECF)
	323 Center Street Ste 1020
	Little Rock, AR  72201

	Tina R Ward
	Po Box 265
	Sweet Home, AR  72164